| Date | Attorney | Time | Notes |
|---|---|---|---|
| 10/7/2016 | D. Maimon Kirschenbaum | 0.30 | Intake call |
| 10/10/2016 | D. Maimon Kirschenbaum | 1.00 | Intake meeting |
| 10/10/2016 | D. Maimon Kirschenbaum | 0.50 | Legal research |
| 10/12/2016 | D. Maimon Kirschenbaum | 0.60 | Demand letter |
| 10/13/2016 | D. Maimon Kirschenbaum | 0.10 | Review docs |
| 10/26/2016 | Denise Schulman | 0.10 | Review arbitration agreement |
| 10/26/2016 | D. Maimon Kirschenbaum | 0.10 | Review arbitration agreement, legal research |
| 10/27/2016 | D. Maimon Kirschenbaum | 0.80 | Review letter with client, call defense |
| 11/1/2016 | D. Maimon Kirschenbaum | 0.10 | E-mail defense |
| 11/3/2016 | D. Maimon Kirschenbaum | 0.40 | Legal research |
| 11/4/2016 | D. Maimon Kirschenbaum | 0.10 | Legal research |
| 11/14/2016 | D. Maimon Kirschenbaum | 0.10 | Legal research |
| 11/23/2016 | D. Maimon Kirschenbaum | 0.10 | E-mail defense |
| 11/27/2016 | D. Maimon Kirschenbaum | 0.10 | E-mail Anaiz |
| 1/5/2017 | Denise Schulman | 0.50 | Edit complaint/discuss arbitration with Maimon |
| 1/5/2017 | D. Maimon Kirschenbaum | 2.10 | Draft complaint. research arbitration |
| 2/19/2017 | D. Maimon Kirschenbaum | 0.20 | Review order |
| 2/27/2017 | Josef Nussbaum | 0.10 | Reviewed docket |
| 3/1/2017 | D. Maimon Kirschenbaum | 0.10 | Discuss with JN |
| 3/16/2017 | Josef Nussbaum | 0.10 | Organized notice of appearance |
| 3/27/2017 | D. Maimon Kirschenbaum | 0.10 | Discussion with JN re: default motion |
| 3/27/2017 | Josef Nussbaum | 0.10 | Case meeting; discussed default filing with DMK |
| 3/27/2017 | Josef Nussbaum | 0.20 | Drafted request for default |
| 3/27/2017 | Josef Nussbaum | 0.10 | Case meeting; discussed default filing with DMK |
| 3/27/2017 | Josef Nussbaum | 0.20 | Drafted request for default |
| 3/28/2017 | D. Maimon Kirschenbaum | 0.10 | E-mail defense |
| 3/28/2017 | D. Maimon Kirschenbaum | 0.30 | Response E-mail |
| 3/28/2017 | Josef Nussbaum | 0.30 | Finalized and filed request for default |
| 3/28/2017 | Josef Nussbaum | 0.30 | Finalized and filed request for default |
| 3/31/2017 | Josef Nussbaum | 0.30 | Letter to Court re default |
| 3/31/2017 | Josef Nussbaum | 0.30 | Letter to Court re default |
| 4/19/2017 | Josef Nussbaum | 0.10 | Case status review |
| 4/19/2017 | Josef Nussbaum | 0.10 | Case status review |
| 4/20/2017 | D. Maimon Kirschenbaum | 0.10 | Meeting with JN re: anticipated Rule 16 conference |
| 5/9/2017 | D. Maimon Kirschenbaum | 0.10 | Meet with JN re: discovery schedule |
| 5/9/2017 | Josef Nussbaum | 0.10 | Case status with DMK |
| 5/23/2017 | Josef Nussbaum | 0.20 | Reviewed docket; call to defendants re 26f conference |
| 5/24/2017 | D. Maimon Kirschenbaum | 0.20 | Review order |
| 5/25/2017 | Josef Nussbaum | 0.10 | E-mail to defendants re conference |
| 5/25/2017 | Josef Nussbaum | 0.20 | Call with defendants re Civil case management plan |
| 5/25/2017 | Josef Nussbaum | 0.10 | Civil management plan |
| 5/25/2017 | Josef Nussbaum | 0.10 | E-mail from DMK; email to defendants |
| 5/26/2017 | Josef Nussbaum | 0.10 | E-mail from defendants re referral to magistrate |
| 6/12/2017 | Josef Nussbaum | 0.10 | Call with client re case status |
| 6/12/2017 | Josef Nussbaum | 0.30 | Drafted discovery |
| 6/12/2017 | Josef Nussbaum | 0.80 | Drafted and e-mailed discovery to defendants |
| 6/22/2017 | Josef Nussbaum | 0.30 | Preparation for intial conference |
| 6/23/2017 | Josef Nussbaum | 2.00 | Innital conference (.8 travel time) |

| 6/28/2017 | D. Maimon Kirschenbaum | 0.20 | Discuss with JN |
|---|---|---|---|
| 6/28/2017 | Josef Nussbaum | 0.10 | Discussed case status with DMK |
| 7/18/2017 | Josef Nussbaum | 0.10 | E-mail from defendants re discovery |
| 7/24/2017 | Josef Nussbaum | 0.10 | E-mail to defendants re discovery |
| 8/2/2017 | Josef Nussbaum | 0.50 | Drafted depostion notices; organized delivery with DD; e-mails to defense re late discovery responses |
| 8/10/2017 | Josef Nussbaum | 0.10 | E-mail to defendants re discovery |
| 8/11/2017 | Josef Nussbaum | 0.10 | E-mail to defendants re discovery |
| 8/11/2017 | Josef Nussbaum | 0.10 | E-mail to defendants re discovery |
| 8/11/2017 | Josef Nussbaum | 0.10 | E-mail from dedendants |
| 8/11/2017 | Josef Nussbaum | 0.20 | E-mails to defendants re discovery |
| 8/11/2017 | Josef Nussbaum | 0.10 | Voicemail to client re discvoery |
| 8/11/2017 | Josef Nussbaum | 0.10 | Call with client re deposition |
| 8/11/2017 | Josef Nussbaum | 0.10 | E-mail to defendants re deposition |
| 8/14/2017 | D. Maimon Kirschenbaum | 0.40 | Review time sheets with JN |
| 8/14/2017 | Josef Nussbaum | 0.10 | Discussed deposition schedule with DD |
| 8/14/2017 | Josef Nussbaum | 0.10 | E-mail to defendants |
| 8/14/2017 | Josef Nussbaum | 0.30 | Disucssed discovery with DMK |
| 8/14/2017 | Josef Nussbaum | 0.10 | E-mail to def re discovery |
| 8/14/2017 | Josef Nussbaum | 0.10 | Voicemail  to client re discovery |
| 8/15/2017 | Josef Nussbaum | 0.80 | Call with client re discovery |
| 8/17/2017 | Josef Nussbaum | 0.10 | email from def re draft ltr to Court |
| 8/17/2017 | Josef Nussbaum | 0.10 | E-mail to client re deposition schedule |
| 8/17/2017 | Josef Nussbaum | 0.10 | E-mail to defendants |
| 8/18/2017 | Josef Nussbaum | 0.10 | E-mail to defendants re discovery |
| 8/18/2017 | Josef Nussbaum | 0.10 | E-mail to defendants re discovery |
| 8/21/2017 | Josef Nussbaum | 0.20 | Organized deposition with DD; e-mail to defendants re scheduling |
| 8/21/2017 | Josef Nussbaum | 0.10 | E-mail to client re discovery |
| 8/22/2017 | Josef Nussbaum | 0.10 | E-mail to defendants re discovery |
| 8/22/2017 | Josef Nussbaum | 0.10 | E-mail from client |
| 8/22/2017 | Josef Nussbaum | 0.10 | E-mail to defendants re discovery |
| 8/22/2017 | Josef Nussbaum | 0.10 | Reschedule Court reporter; e-mail to client re discovery |
| 8/23/2017 | Josef Nussbaum | 0.10 | E-mail to defendants |
| 8/23/2017 | Josef Nussbaum | 0.10 | E-mail to defendant re discovery |
| 8/29/2017 | D. Maimon Kirschenbaum | 0.20 | Meet with JN re: deposition |
| 8/29/2017 | Josef Nussbaum | 0.20 | Organized deposition |
| 8/29/2017 | Josef Nussbaum | 0.20 | Deposition preparation; e-mail to client |
| 8/29/2017 | Josef Nussbaum | 0.10 | E-mail to defendants re depositions |
| 8/29/2017 | Josef Nussbaum | 0.30 | Deposition preparation; e-mail to client |
| 8/29/2017 | Josef Nussbaum | 0.80 | Deposition Preparation |
| 8/29/2017 | Josef Nussbaum | 0.10 | Discussed case status with DMK |
| 8/29/2017 | Josef Nussbaum | 0.20 | Call with client re deposition |
| 8/30/2017 | D. Maimon Kirschenbaum | 0.30 | Discussions with JN re: depositions/ settlement stance |
| 8/30/2017 | Josef Nussbaum | 0.70 | Deposition Preparation |
| 8/30/2017 | Josef Nussbaum | 2.70 | Deposition; discussed settlement with defendants |
| 8/30/2017 | Josef Nussbaum | 0.10 | Call and e-mail to defendants re settlement |
| 9/5/2017 | D. Maimon Kirschenbaum | 0.30 | Meet with JN re: settlement offer |

| 9/5/2017 | Josef Nussbaum | 0.10 | Call with Anaiz |
|---|---|---|---|
| 9/5/2017 | Josef Nussbaum | 0.20 | E-mail to defendants re settlement and discovery issues |
| 9/5/2017 | Josef Nussbaum | 0.20 | Call with defendants re settlement |
| 9/5/2017 | Josef Nussbaum | 0.20 | Discussed response to defendants offer of settlement with DMK |
| 9/5/2017 | Josef Nussbaum | 0.20 | Call with client re settlement; e-mail to defendants |
| 9/6/2017 | Josef Nussbaum | 0.10 | Voicemail to defendants re settlement |
| 9/7/2017 | Josef Nussbaum | 0.10 | Call and e-mail to defendants re: settlement discussions |
| 9/7/2017 | Josef Nussbaum | 0.10 | Call with defendants re: settlement offer |
| 9/11/2017 | Josef Nussbaum | 0.10 | E-mail to Defendants re: settlement/discovery |
| 9/13/2017 | D. Maimon Kirschenbaum | 0.30 | Discussions with JN re: settlement offers and finalizing settlement |
| 9/13/2017 | Josef Nussbaum | 0.10 | E-mail from defendants re consent to magistrate |
| 9/13/2017 | Josef Nussbaum | 0.10 | E-mail to/from DMK re settlement |
| 9/13/2017 | Josef Nussbaum | 0.10 | Voicemail to client re: settlement |
| 9/14/2017 | D. Maimon Kirschenbaum | 0.10 | Discuss filing with JN |
| 9/14/2017 | Josef Nussbaum | 0.10 | Voicemail to client re: settlement |
| 9/14/2017 | Josef Nussbaum | 0.10 | Call with client re: settlement |
| 9/18/2017 | Josef Nussbaum | 0.10 | Draft Settlement Agreement |
| 9/19/2017 | D. Maimon Kirschenbaum | 0.20 | Discuss settlement agreement submission, timing of payment |
| 9/19/2017 | Josef Nussbaum | 0.10 | E-mail to defendants re: consent and settlement |
| 9/20/2017 | Josef Nussbaum | 0.80 | Drafted settlement agreement and sent to defendants for review |
| 9/25/2017 | D. Maimon Kirschenbaum | 0.20 | Settlement review |
| 9/28/2017 | D. Maimon Kirschenbaum | 0.10 | Meet with JN re: letter to Court |
| 10/16/2017 | Josef Nussbaum | 0.20 | E-mail to defendants re settlement agreement; finalized agreement |
| 10/17/2017 | Josef Nussbaum | 0.10 | E-mail from defendants re settlement |
| 10/17/2017 | Josef Nussbaum | 0.10 | E-mail to/from defendants re settlement |
| 10/19/2017 | Josef Nussbaum | 0.10 | Call and email to defendants re: settlement agreement |
| 10/19/2017 | Josef Nussbaum | 0.10 | E-mail to office manager re: updated time and expenses |
| 10/26/2017 | Josef Nussbaum | 0.2 | prepared for meeting with client |
| 10/26/2017 | Josef Nussbaum | 0.4 | met with client |
| 10/26/2017 | Josef Nussbaum | 0.1 | email to defendants re settlement |
| 10/26/2017 | Josef Nussbaum | 0.1 | email from defendants re: settlement |
| 10/27/2017 | Josef Nussbaum | 0.1 | email to defendants re settlement |
| 10/30/2017 | D. Maimon Kirschenbaum | 0.20 | Discussed letter to Court |
| 10/30/2017 | D. Maimon Kirschenbaum | 0.20 | Reviewed draft letter to Court |
| 10/30/2017 | Josef Nussbaum | 4.5 | drafted letter to court; prepared damages spreadsheet and documents for filing; filed letter |

| Date | Paralegal | Time | Notes |
|------|-----------|------|-------|
| 10/11/2016 | DT | 0.2 | Open digital/physical file |
| 10/11/2016 | DT | 0.3 | Finalize demand letter; Arrange for delivery of same |
| 10/20/2016 | DT | 0.1 | Scan to file letter received; Email to DMK |
| 1/5/2017 | DT | 0.5 | Arrange complaint for filing; File in ECF |
| 1/6/2017 | DT | 0.2 | Arrange complaint for hand delivery to Defendants |
| 2/1/2017 | DT | 0.2 | Arrange for service of summons and complaint |
| 2/8/2017 | DT | 0.3 | Add expense to file; File Affidavits of Service on ECF |
| 3/16/2017 | DD | 0.2 | File JN Notice of Appearance on ECF |
| 5/25/2017 | DD | 0.3 | Draft initial disclosures |
| 5/26/2017 | DD | 0.5 | Draft discovery requests |
| 6/12/2017 | DD | 0.3 | Arrange for mailing of discovery requests to Defendants; Draft cover letter; Mail to Defendants |
| 8/2/2017 | DD | 0.3 | Draft cover letter to Defendants enclosing deposition notices; Mail to Defendants; Calendar depositions |
| 8/22/2017 | DD | 0.2 | Cancel upcoming deposition |
| 8/29/2017 | DD | 0.2 | Arrange for court reporter for upcoming deposition of Defendants |
| 8/30/2017 | DD | 0.2 | Scan to file Defendants (Keith Reichenbach) deposition exhibits |