```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANAIZ ROMAN, on behalf of herself and others similarly situated,

        Plaintiff,

v.

MANHATTAN FOOD & BEVERAGE, LTD. d/b/a REICHENBACH HALL, WILLY REICHENBACH and KEITH REICHENBACH,

        Defendants.

17 CV 00095 (JLC)

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party. This Court shall retain jurisdiction to enforce the parties' Settlement Agreement.

Dated: New York, New York
      10 - 30, 2017

For the Plaintiff:

JOSEPH & KIRSCHENBAUM LLP

By: _____
   Josef Nussbaum
   Attorneys for Plaintiffs
   32 Broadway, Suite 601
   New York, New York 10004

For the Defendants:

CUOMO LLC

By: _____
   Oscar Michelen
   Attorneys for Defendants
   535 Fifth Avenue,
   New York, NY 10017

So Ordered, a fair & reasonable, after hearing 11/3/17

_____
Hon. Alvin K. Hellerstein (U.S.D.J.)